768 A.2d 1105

**LEON E. WINTERMEYER, INC. and American General Group, Petitioners,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MARLOWE), Respondents.**

Supreme Court of Pennsylvania.

April 10, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 10th day of April, 2001, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

a. Whether the Workers' Compensation Appeal Board (WCAB) effectively negated the credibility determinations of the hearing judge.

b. Whether the Workers' Compensation Appeal Board (WCAB) erred in applying the "capricious disregard" standard of review where petitioners presented non-

medical evidence in opposition to respondent's medical evidence.